**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE:  ) | |
| ) | |
| VONDA KAY RICHARDSON  ) | Case No. 18−30438−KLP |
| ) | Chapter 13 |
| ) | Trustee:  Suzanne E. Wade |
| Debtor  ) | |

**NOTICE OF APPLICATION BY KANE & PAPA, P.C.
FOR SUPPLEMENTAL COMPENSATION**

Kane & Papa, P.C., counsel for the above debtor has filed a Supplemental Application for Allowance of Compensation pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2) and Federal Rules of Bankruptcy Procedure 2016.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the application, or if you want the court to consider your views on the application, then, within fourteen (14) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    P.O. Box 508
    Richmond, Virginia 23218-0508

- Attend the hearing scheduled for **January 27, 2021 at 10:00 a.m. at 701 East Broad Street, Room 5100, Richmond, VA  23219**.  If no timely response has been filed, the Court may grant the relief sought in the application without a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting relief sought in the application, and may enter an Order granting that relief without a hearing.

Dated: January 6, 2021                              KANE & PAPA P.C.


By: /s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218-0508
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2021, I have transmitted a true copy of the foregoing document electronically through the court's CM/ECF system or by mail to the debtor, chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all necessary parties as listed on the matrix attached herewith.

/s/ James E. Kane
James E. Kane
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| VONDA KAY RICHARDSON ) | Case No. 18−30438−KLP |
| ) | Chapter 13 |
| ) | Trustee: Suzanne E. Wade |
| Debtor ) | |

**APPLICATION BY KANE & PAPA, P.C.
FOR SUPPLEMENTAL COMPENSATION**

    **COMES NOW,** Kane & Papa P.C., counsel for debtor, and pursuant to 11 U.S.C. §§ 330(a), 331(b)(2), and 503(b)(2) and Federal Rules of Bankruptcy Procedure 2016, respectfully applies to the Honorable Court for approval and payment of supplemental fees in the amount of $1,655.10, which includes attorney fees of $1,645.00 and costs of $10.10.

1. The period covered by this application is for additional work not included in the initial "no-look" fees through the date of this Application.

2. Fees in the amount of $5,223.00 have either been previously paid by the debtor or approved for payment through the Chapter 13 Plan.

3. James E. Kane was admitted to practice law in 1989 and has been practicing for 31 years. The hourly rate charged by James E. Kane is $350.00 per hour for attorney time, and $100 per hour for Paralegal time.

4. Pursuant to Bankruptcy Rule 2016(b), a Disclosure of Compensation of Attorney for Debtor(s) has been filed in this case and Notice of Filing of Rule 2016-1 Disclosure of Compensation was served on the Debtor and the Standing Trustee pursuant to LBR 2016. No objection to the compensation requested in the Disclosure Statement has been filed by either the Standing Trustee or the Debtor.

5. Supplemental Compensation is requested for time and costs related to the following services:

    **Professional services rendered to the debtor in connection with the preparation and filing of an Adversary Proceeding to Determine Validity, Extent and Priority of Lien pursuant to 11 U.S.C. § 506(a) filed on October 25, 2020, resulting in a judgment in favor of Debtor entered by the Court on November 25, 2020.**

6. An itemized statement of the charges is attached hereto an incorporated herein. Charges have not been included for the preparation and cost for noticing of the fee application and any court appearances related to the application.

7. James E. Kane has reviewed the Debtor's budget and believes that the Chapter 13 Plan provides sufficient reserves or may be extended in time so that payments requested herein may be made without prejudice to any creditor. Upon information and belief, payment of the requested compensation will not reduce the dividend to unsecured creditors as provided in the most recently confirmed Chapter 13 Plan.

**WHEREFORE**, Kane & Papa P.C., respectfully requests this Honorable Court to approve supplemental fees in the amount of $1,655.10 to be paid through the Chapter 13 plan as an administrative expense claim pursuant to 11 U.S.C. 503.

Respectfully submitted,

KANE & PAPA P.C.

By: /s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218-0508
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2021, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the debtors, chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all necessary parties, as listed on the matrix attached herewith.

/s/ James E. Kane
James E. Kane
Counsel for Debtor

**Kane & Papa, P.C.**
PO BOX 508
RICHMOND, VA  23218 US
804-225-9500
jkane@kaneandpapa.com

# INVOICE

**BILL TO**
Vonda Richardson
9365 Brighter Tower Court
#1404
Glen Allen, VA  23060

**INVOICE #** 6317
**DATE** 01/06/2021
**DUE DATE** 02/01/2021
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/25/2020 | **Consulting:Legal** Review property valuation on 9365 Brighter Tower Court, #1404, Glen Allen, VA from tax assessment; review first DOT and balance with US Bank; review Wilmington Savings DOT and balance | 0.90 | 350.00 | 315.00 |
| 10/25/2020 | **Consulting:Legal** Prepare Complaint against Wilmington Savings and both Trustees on DOT | 1.40 | 350.00 | 490.00 |
| 10/28/2020 | **Consulting:Legal** Review Summons and mail Summons and Complaint to Wilmington Savings and Trustees, and file certificate of service and file with court | 0.80 | 350.00 | 280.00 |
| 10/28/2020 | **Postage and Delivery** Postage and Delivery- Certified Mail to Wilmington Savings and First Class Mail to trustees; copy charges | | | 10.10 |
| 11/13/2020 | **Consulting:Legal** Review Answer filed by Defendants; email to Johnie Muncy regarding consent order; prepare consent order and email to Johnie Muncy; BOP order to Court | 1.10 | 350.00 | 385.00 |
| 11/16/2020 | **Consulting:Legal** Review email from court regarding changes to consent order; revise consent order and email to Johnie Muncy | 0.30 | 350.00 | 105.00 |
| 11/24/2020 | **Consulting:Legal** Review email from Johnie Muncy approving revised consent order and BOP to court | 0.20 | 350.00 | 70.00 |

Richardson v. Wilmington Savings Fund Society, FSB, et. al.          BALANCE DUE                    **$1,655.10**

```
Label Matrix for local noticing          SPECIALIZED LOAN SERVICING LLC           Specialized Loan Servicing LLC
0422-3                                   6200 S. Quebec Street                    Specialized Loan Servicing LLC
Case 18-30438-KLP                        Greenwood Village, CO 80111-4720         6200 S. Quebec Street
Eastern District of Virginia                                                      6200 S. Quebec Street
Richmond                                                                          Greenwood Village, CO 80111-4720
Wed Jan  6 14:10:11 EST 2021

U.S. Bank National Association           U.S. Bank National Association, as Trustee f   UST smg Richmond
Robertson, Anschutz & Schneid            C/O Shapiro & Brown, LLP                 Office of the U. S. Trustee
6409 Congress Avenue                     501 Independence Parkway, Suite 203      701 East Broad St., Suite 4304
Suite 100                                Chesapeake, VA 23320-5174                Richmond, VA 23219-1849
Boca Raton, FL 33487-2853

United States Bankruptcy Court           Advance Financial                        American Web Loan
701 East Broad Street                    ATTN: Virginia Billing                   2128 N. 14th St. Suite 1 #130
Richmond, VA 23219-1888                  100 Oceanside Drive                      Ponca City, OK 74601-1831
                                         Nashville, TN 37204-2351

Cash Net USA                             Credit One Bank Na                       Dept Of Ed/Navient
175 W. Jackson Blvd.                     Po Box 98873                             Attn: Claims Dept
Suite 1000                               Las Vegas, NV 89193-8873                 P.O. Box 9635
Chicago, IL 60604-2863                                                            Wilkes Barr, PA 18773-9635

Elastic                                  Henrico Doctors Hospital                 LVNV Funding, LLC its successors and assigns
c/o Republic Bank and Trust              Resurgent Capital Services               assignee of MHC Receivables, LLC and
PO Box 950276                            PO Box 1927                              FNBM, LLC
Louisville, KY 40295-0276                Greenville, SC 29602-1927                Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville, SC 29603-0587

Mobiloansllc                             Mr. Cooper                               Navient Solutions, LLC on behalf of
P.O. Box 1409                            Attn: Bankruptcy                         Department of Education Loan Services
Marksville, LA 71351-1409                8950 Cypress Waters Blvd                 PO BOX 9635
                                         Coppell, TX 75019-4620                   Wilkes-Barre, PA 18773-9635

Net Credit Financial                     OneMain                                  OneMain Financial
Po Box 645295                            P.O. Box 3251                            Attn: Bankruptcy Department
Cincinnati, OH 45264-5295                Evansville, IN 47731-3251                601 Nw 2nd St #300
                                                                                  Evansville, IN 47708-1013

Sage                                     Shiva Finance LLC                        Specialized Loan Servicing LLC
PO Box 240                               c/o Glen C. Watson, Attorney             6200 S. Quebec St.
Commerce, GA 30529-0004                  PO Box 121950                            Greenwood Village, Colorado 80111-4720
                                         Nashville, TN 37212-1950

Specialized Loan Servicing/SLS           U.S. Attorney's Office                   U.S. Bank National Association
Attn: Bankruptcy                         919 East Main Street, Suite 1900         Nationstar Mortgage LLC D/B/A Mr.Cooper
Po Box 636005                            Richmond, VA 23219-4625                  Attn: Bankruptcy Dept
Littleton, CO 80163-6005                                                          PO Box 619096
                                                                                  Dallas TX 75261-9096

Verizon                                  Wilmington Savings Fund Society,FSB Trustee(   James E. Kane
by American InfoSource LP as agent       c/o Specialized Loan Servicing LLC       Kane & Papa, PC
4515 N Santa Fe Ave                      8742 Lucent Blvd, Suite 300              1313 East Cary Street
Oklahoma City, OK 73118-7901             Highlands Ranch, Colorado 80129-2386     P.O. Box 508
                                                                                  Richmond, VA 23218-0508
```

| | | |
|---|---|---|
| John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Suzanne E. Wade<br>341 Dial 877-996-8484 Code 2385911<br>7202 Glen Forest Drive, Ste. 202<br>Richmond, VA 23226-3770 | Vonda Kay Richardson<br>9365 Brighter Tower Court<br>#1404<br>Glen Allen, VA 23060-3790 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | (d)U.S. Bank National Association<br>Robertson, Anschutz & Schneid<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     2<br>Total                  34 |